IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01594-REB-MEH

DAVID L. HILDEBRAND,

      Plaintiff,

v.

BOULDER COUNTY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2014**.

      Plaintiff's unopposed Motion to Stay/Vacate [filed March 26, 2014; docket #27] is **granted**. The Settlement Conference currently set for April 3, 2014 is **vacated**. The parties shall file dismissal papers with the Court on or before April 30, 2014.