**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01594-REB-MEH

DAVID L. HILDEBRAND, an individual,

    Plaintiff,

vs.

BOULDER COUNTY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion to Dismiss** [#30][1] filed April 29, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion to Dismiss** [#30] filed April 29, 2014, is **GRANTED**; and

2. That this action is **DISMISSED.**

Dated May 1, 2014, at Denver, Colorado.

                                           **BY THE COURT:**

                                           */s/ Bob Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.